**Order entered August 19, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00206-CV

**MCKINNEY AVENUE PROPERTIES NO. 2, LTD., Appellant**

**V.**

**BRANCH BANK AND TRUST COMPANY, ET AL., Appellees**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-10-08500-B**

## ORDER

Before the Court are the following motions:

1.      August 13, 2014 agreed motion of appellee Haynie Rake Repass Lowry, P.C. for an extension of time to file a brief;

2.      August 14, 2014 unopposed motion of appellees Branch Banking & Trust Company and Eagle TX 1 SPE, LLC for an extension of time to file a brief; and

3.      August 14, 2014 amended agreed motion of appellee Greenway-Boll Street L.P. for an extension of time to file a brief.

Appellees request in their respective motions a seven-day extension to August 21, 2014. We **GRANT** the appellees' motions. Appellees shall file their respective briefs on or before August 21, 2014.

/s/      ADA BROWN
         JUSTICE